UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN WAFFORD, | 1:12-cv-0122 MJS HC |
| Petitioner, | ORDER GRANTING STAY OF PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c). (ECF No. 5.)

Petitioner filed the instant petition for writ of habeas corpus with the Court on January 10, 2012. On August 27, 2012, the Court ordered Petitioner to show cause why the petition should be stayed. Petitioner filed a response to the order to show cause on September 10, 2012. In the response, Petitioner's counsel represented that if the matter were stayed he was prepared to file state habeas petitions with the California Court of Appeals and California Supreme Court to exhaust Petitioner's state remedies with regard to his third and fourth claims of relief.

Based on Petitioner's Counsel's representations that he is prepared to and will file state habeas petitions to exhaust Petitioner's claims, Petitioner has provided good cause to be granted a stay. As Petitioner may be able to exhaust his claims and subsequently add them to the petition through amendment, the Court will stay the proceedings under Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). The Court declines at this time to decide if the claims, once exhausted, can properly be added to the federal petition within AEDPA's one year limitation period. However, after Petitioner amends his petition to add any newly exhausted claims, Respondent will be given an opportunity to challenge the timeliness of the claims asserted in the amended petition.

**ORDER**

Accordingly, it is ORDERED that:

1) Petitioner's request to stay be granted in that the unexhausted claims in the original petition (claims three and four) be stricken pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002) and King v. Ryan, 564 F.3d 1133 (9th Cir. 2009), and the instant action, with only claims one and two remaining, be administratively stayed pursuant to Kelly and King;

2) Petitioner be directed to file a motion to lift the stay within 30 days of the California Supreme Court issuing a final order resolving Petitioner's unexhausted claims; and

3) Petitioner be directed to file an amended habeas petition containing all exhausted claims with his motion to lift the stay.

Petitioner is forewarned that failure to comply with this Order will result in the Court's vacating the stay.

IT IS SO ORDERED.

Dated:   September 18, 2012        /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE