IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMIEN WAFFORD,** | Case No. 1:12-cv-00122-MJS |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | **(Doc. 25)** |
| **CONNIE GIPSON,** | |
| Respondent. | |

Upon considering Petitioner's request, Petitioner shall have an additional fourteen (14) days from the date of issuance of this order to file an amended petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   February 6, 2014            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

1