IN THE UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN WAFFORD,<br><br>                    Petitioner,<br><br>     v.<br><br>DAVE DAVEY,<br><br>                    Respondent. | Case No. 1:12-cv-00122-LJO MJS<br><br>**ORDER GRANTING WITHDRAWAL OF MOTION TO STAY AND GRANTING MOTION TO SUBSTITUTE RESPONDENT**<br><br>**(Docs. 48, 49)** |

On November 26, 2014, Petitioner filed a motion to stay the petition for writ of habeas corpus and an extension of time to file a traverse. (ECF No. 48.) On December 16, 2014, Petitioner filed a notice to withdraw the motion to stay. (ECF No. 50.) Accordingly, the motion to stay is DISMISSED without prejudice. Additionally, Petitioner's motion to substitute Respondent (ECF No. 49) is GRANTED. Warden Dave Davey is named as the proper Respondent.

Petitioner's motion to amend the petition (ECF No. 51) shall be addressed in a separate order after briefing is completed.

IT IS SO ORDERED.

Dated:   December 22, 2014              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE